# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-333-FDW-DCK

| | |
|---|---|
| PUFF CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KANDYPENS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Colin D. Dailey, concerning Nicole L. Grembocki on June 15, 2020. Nicole L. Grembocki seeks to appear as counsel *pro hac vice* for Plaintiff Puff Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Nicole L. Grembocki is hereby admitted *pro hac vice* to represent Plaintiff Puff Corporation.

Signed: June 15, 2020

David C. Keesler
United States Magistrate Judge