IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-333-FDW-DCK

| | |
|---|---|
| PUFF CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| KANDYPENS, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Joseph W. Moss, Jr., concerning Sean J. O'Hara on June 29, 2020. Sean J. O'Hara seeks to appear as counsel *pro hac vice* for Defendant KandyPens, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Sean J. O'Hara is hereby admitted *pro hac vice* to represent Defendant KandyPens, Inc.

Signed: June 30, 2020

David C. Keesler
United States Magistrate Judge