# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-333-FDW-DCK

| | |
|---|---|
| PUFF CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KANDYPENS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) filed by Colin D. Dailey, concerning Daniel A. Crowe on August 21, 2020. Daniel A. Crowe seeks to appear as counsel *pro hac vice* for Plaintiff Puff Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) is **GRANTED**. Daniel A. Crowe is hereby admitted *pro hac vice* to represent Plaintiff Puff Corporation.

Signed: August 26, 2020

David C. Keesler
United States Magistrate Judge